Filing # 100665909 E-Filed 12/20/2019 02:57:50 PM

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA
CIVIL DIVISION

Alexis Palma and Jonathan Palma,

    Plaintiff,

v.

Case No.:
Division:

Safeco Insurance Company of Illinois
and Safeco Insurance Company of
America,

    Defendant.

_____/

### Plaintiffs' First Complaint

Comes now, the Plaintiffs, Alexis Palma and Jonathan Palma, by and through the undersigned attorney and sues the Defendants, Safeco Insurance Company of Illinois and Safeco Insurance Company of America, and alleges:

### General Allegations

1. This is an action for damages in excess of Fifteen Thousand Dollars ($15,000.00).

2. At all times material herein, the Plaintiff, Alexis Palma, lived in Palm Harbor and was a resident of Pinellas County, Florida.

3. At all times material herein, the Plaintiff, Jonathan Palma, lived in Palm Harbor and was a resident of Pinellas County, Florida.


EXHIBIT A

4. At all times material herein, Defendant, Safeco Insurance Company of Illinois, is a corporation doing business in the State of Florida as an insurance company and has business offices for the transaction of its customary business in Pinellas County, Florida.

5. At all times material herein, Defendant, Safeco Insurance Company of America, is a corporation doing business in the State of Florida as an insurance company and has business offices for the transaction of its customary business in Pinellas County, Florida.

6. On or about June 7, 2018, Plaintiff, Alexis Palma, was operating a 2010 BMW 650I, and was stopped on northbound US 19 facing north in Pinellas County, Florida.

7. At that time and place, an uninsured motorist, was operating a vehicle and was traveling northbound on US 19, in Pinellas County, Florida.

8. At that time and place, the uninsured motorist negligently operated or maintained the motor vehicle so that it collided with the Plaintiff's motor vehicle.

### Count I – Plaintiff, Alexis Palma's, Uninsured Motorist Claim Against Safeco Insurance Company of Illinois

9. Plaintiff, Alexis Palma, realleges and incorporates into Count I all of the paragraphs of the "General Allegations" of this complaint as if the same were more specifically set forth herein, and further alleges:

10. Uninsured motorist, Christopher Cryoskie, had a duty to exercise due care in the operation of his motor vehicle.

11. At the time of the accident, the uninsured motorist breached that duty in one or more of the following ways:

    a. Driving carelessly;

    b. Becoming distracted by engaging in other activities;

    c. Failing to give due regard in attention to all attendant circumstances, including the roadway and all traffic within his/her zone of risk;

    d. Failing to keep a proper lookout;

    e. Driving at an excessive speed for the roadway conditions; and

    f. Otherwise being negligent in the operation of a motor vehicle.

12. At that time and place, the uninsured motorist negligently and carelessly operated and maintained the motor vehicle he/she was operating such that it collided with the vehicle Plaintiff was operating.

13. As a direct and proximate result of the negligence of the uninsured motorist, the Plaintiff, Alexis Palma, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental pain and anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

14. At all times material herein, Plaintiff was insured under a policy of motor vehicle insurance issued by Defendant, Safeco Insurance Company of Illinois, and said policy provided uninsured motorist coverage, bearing policy

number XXXX5458[1]. A Declaration Page evidencing such coverage is attached hereto as Exhibit "A" and made a part this Complaint.

15. The total of all bodily injury liability insurance available as a result of the subject incident is less than the damages sustained by the plaintiff.

16. Plaintiff has complied with all conditions precedent to the contract for policy number XXXX5458[1].

17. The policy contract represents the entire agreement by the parties, including the rights and responsibilities of all parties in the resolution and settlement of accident-related claims.

18. Plaintiff, Alexis Palma, is an insured person, entitled to benefits under the Uninsured Motorist portion of the policy.

Wherefore, Plaintiff, Alexis Palma, sues Defendant, Safeco Insurance Company of Illinois, and demands judgment for damages in an amount exceeding Fifteen Thousand Dollars, exclusive of costs, against the defendant, and demands a trial by jury.

### Count II – Plaintiff, Alexis Palma's, Uninsured Motorist Claim Against Safeco Insurance Company of America

19. Plaintiff, Alexis Palma, realleges and incorporates into Count II all of the paragraphs of the "General Allegations" of this complaint as if the same were more specifically set forth herein, and further alleges:

---

[1] Plaintiff's policy number has been redacted pursuant to Fla. R. Jud. Admin. 2.425(a)(4)(H) which provides that designated sensitive information filed with the court must be limited to "[t]he last four digits of any ... insurance policy account number".

20. Uninsured motorist, Christopher Cryoskie, had a duty to exercise due care in the operation of his motor vehicle.

21. At the time of the accident, the uninsured motorist breached that duty in one or more of the following ways:

   a. Driving carelessly;

   b. Becoming distracted by engaging in other activities;

   c. Failing to give due regard in attention to all attendant circumstances, including the roadway and all traffic within his/her zone of risk;

   d. Failing to keep a proper lookout;

   e. Driving at an excessive speed for the roadway conditions; and

   f. Otherwise being negligent in the operation of a motor vehicle.

22. At that time and place, the uninsured motorist negligently and carelessly operated and maintained the motor vehicle he/she was operating such that it collided with the vehicle Plaintiff was operating.

23. As a direct and proximate result of the negligence of the uninsured motorist, the Plaintiff, Alexis Palma, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental pain and anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

24. At all times material herein, Plaintiff was insured under an umbrella policy of motor vehicle insurance issued by Defendant, Safeco Insurance

Company of America, and said policy provided uninsured motorist coverage, bearing policy number XXXXX4794[2]. A Declaration Page evidencing such coverage is attached hereto as Exhibit "B", and made a part this Complaint.

25. The total of all bodily injury liability insurance available as a result of the subject incident is less than the damages sustained by the plaintiff.

26. Plaintiff has complied with all conditions precedent to the contract for policy number XXXXX4794[2].

27. The policy contract represents the entire agreement by the parties, including the rights and responsibilities of all parties in the resolution and settlement of accident-related claims.

28. Plaintiff, Alexis Palma, is an insured person, entitled to benefits under the Uninsured Motorist portion of the policy.

Wherefore, Plaintiff, Alexis Palma, sues Defendant, Safeco Insurance Company of America, and demands judgment for damages in an amount exceeding Fifteen Thousand Dollars, exclusive of costs, against the defendant, and demands a trial by jury.

---

[2] Plaintiff's policy number has been redacted pursuant to Fla. R. Jud. Admin. 2.425(a)(4)(H) which provides that designated sensitive information filed with the court must be limited to "[t]he last four digits of any . . . insurance policy account number".

### Count III – Plaintiff, Jonathan Palma's, Loss of Consortium Claim Against Safeco Insurance Company of Illinois

29. Plaintiff, Jonathan Palma, realleges and incorporates into Count III all of the paragraphs of the "General Allegations" of this complaint as if the same were more specifically set forth herein, and further alleges:

30. At the time of the accident complained of in Plaintiffs' Complaint, the Plaintiffs were married and continue to be married.

31. That as a result of the negligent acts of an uninsured motorist, Christopher Cryoskie, the Plaintiff, Alexis Palma, was caused to suffer devastating permanent injuries.

32. That as a result of the negligent acts of an uninsured motorist, Christopher Cryoskie, Plaintiff, Jonathan Palma, was caused to suffer and will continue to suffer in the future, loss off consortium, loss of society, services, affection, and assistance from his wife, Alexis Palma, all to the detriment of their marital relationship.

33. That all injuries and damages were caused solely and proximately by the negligence of the uninsured motorist, Christopher Cryoskie.

Wherefore, Plaintiff, Jonathan Palma, sues Defendant, Safeco Insurance Company of Illinois, and demands judgment for damages in an amount exceeding Fifteen Thousand Dollars, exclusive of costs, against the Defendant, and demands a trial by jury.

### Count IV – Plaintiff, Jonathan Palma's, Loss of Consortium Claim Against Safeco Insurance Company of America

34. Plaintiff, Jonathan Palma, realleges and incorporates into Count IV all of the paragraphs of the "General Allegations" of this complaint as if the same were more specifically set forth herein, and further alleges:

35. At the time of the accident complained of in Plaintiffs'. Complaint, the Plaintiffs were married and continue to be married.

36. That as a result of the negligent acts of an uninsured motorist, Christopher Cryoskie, the Plaintiff, Alexis Palma was caused to suffer devastating permanent injuries.

37. That as a result of the negligent acts of an uninsured motorist, Christopher Cryoskie, Plaintiff, Jonathan Palma, was caused to suffer and will continue to suffer in the future, loss off consortium, loss of society, services, affection, and assistance from his wife, Alexis Palma, all to the detriment of their marital relationship.

38. That all injuries and damages were caused solely and proximately by the negligence of the uninsured motorist, Christopher Cryoskie.

Wherefore, Plaintiff, Jonathan Palma, sues Defendant, Safeco Insurance Company of America, and demands judgment for damages in an amount exceeding Fifteen Thousand Dollars, exclusive of costs, against the Defendant, and demands a trial by jury.

## NOTICE OF DESIGNATION OF PRIMARY E-MAIL ADDRESS
## FOR SERVICE BY ELECTRONIC MAIL

The law firm of The Nurse Lawyer, P.A. files this appearance as attorney of record for Plaintiff, Alexis Palma, in the above-styled cause, and pursuant to F.R.J.A. 2.516, designates the following e-mail address for service by electronic mail:

### service@thenurselawyer.com

Respectfully submitted December 20, 2019.

*/s/ Maryann Furman*

Maryann Furman, RN, Esq.
The Nurse Lawyer P.A.
201 Alt 19 S
Palm Harbor, FL 34683
Telephone: (727) 807-6182
Facsimile: (727) 848-6182
Fla. Bar No.: 0026535
service@thenurselawyer.com
Attorney for Plaintiffs

Filing # 100665909 E-Filed 12/20/2019 02:57:50 PM



A Liberty Mutual Company

Auto Policy#: 5458

### EVIDENCE OF COVERAGE

This certifies that the policy of insurance identified here was issued by an authorized insurer and is in force. Coverage meets the limits required by law

Date Prepared: 09/20/2016
Effective Date: 09/20/2016                Expiration Date: 09/20/2017

Insured:                                   Agent:
JONATHAN PALMA                             TRITON INSURANCE GROUP INC
Alexis M Palma                             100 N STATE ROAD 7
                                           MARGATE, FL 33063-4520
                                           Phone Number (813) 948-5990
                                           Agent # 524550
                                           Email: MZUBERO@TRITONAGENCY.COM

Vehicle Number 2    2010    BMW  650 I     VIN  WBAEB5C50AC224998

24 Hour Claims Hotline: 1-800-332-3226
A formal auto ID card will be issued. If not received in 30 days please contact your agent.

Safeco Insurance Company of Illinois

Case Number: 19-008389-CI

Filing # 100665909 E-Filed 12/20/2019 02:57:50 PM


**Safeco Insurance**
A Liberty Mutual Company

Umbrella Policy#: ▮▮▮▮4794

**Customer Information**
JONATHAN PALMA
ALEXIS M PALMA

Date Prepared: 09/20/2016
Policy Period: 09/20/2016 to 09/20/2017

**Agent Information**
TRITON INSURANCE GROUP INC
100 N STATE ROAD 7
MARGATE, FL 33063-4520

Phone Number: (813) 948-5990
Email: mzubero@tritonagency.com
Agent #: 524550

### PRIMARY RESIDENCE

| AUTO LIMITS | Limit | Premium |
|---|---|---|
| Liability | $500,000 | -- |

| UMBRELLA COVERAGES | Limit | Premium |
|---|---|---|
| Liability (includes one auto and primary residence) | $1,000,000 | $114.00 |
| Retained Limit | $250 | Included |
| Uninsured Motorists | $1,000,000 | $255.00 |

| OTHER AND OPTIONAL COVERAGES | Number | Premium |
|---|---|---|
| Additional Autos and Motorhomes | 2 | $76.00 |

| PREMIUM SUMMARY | Premium |
|---|---|
| Umbrella Coverages | $369.00 |
| Other and Optional Coverages | $76.00 |
| **Your total policy premium for 12 months is** | **$445.00** |

This quote is provided without cost or obligation. It is not a contract or binder of coverage.

Safeco Insurance Company of America

***ELECTRONICALLY FILED 12/20/2019 02:57:48 PM: KEN BURKE, CLERK OF THE CIRCUIT COURT, PINELLAS COUNTY***