UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Alexis Palma and Jonathan Palma,

    Plaintiffs,

                            Case No.:   8:20-cv-00251-SDM-JSS

v.

Safeco Insurance Company of Illinois
and Safeco Insurance Company of
America,

    Defendants.

_____/

## PLAINTIFFS' MOTION TO EXTEND DISCOVERY DEADLINE AS TO EXPERT DEPOSITIONS ONLY

Come now, the Plaintiffs, Alexis Palma and Jonathan Palma, by and through their undersigned attorney, pursuant to F.R.C.P 7(b) and Local Rule 3.01, and move this Honorable Court for an Order to extend the discovery deadline as to expert depositions only beyond January 4, 2021, and as grounds therefore would show unto the court the following:

1.     The Order on the Amended Case Management Report was entered on March 23, 2020 stating the completion of discovery had to be done by January 4, 2021.  (Document 10).

2.     Plaintiffs' filed their Expert Disclosures to the Defendants on

November 6, 2020 which included all of their expert reports and supporting documentation.

3. Defendants filed their Expert Disclosures on November 20, 2020; however, they did not produce any additional reports at that time and only had produced the supporting documentation (ie. CVs, testimony lists, payment information, etc).

4. On November 30, 2020, Plaintiffs' counsel reached out to counsel for the Defendants' and advised that they had not produced any of their expert reports. (Attached as Exhibit A).

5. On December 1, 2020, counsel for the Defendants advised that they were working on providing their experts reports to Plaintiffs' as soon as possible and as they received each report they would forward immediately. (See Exhibit A).

6. On December 4, 2020, counsel for the Defendants provided Plaintiffs' with their expert report from David Rosenbach, M.D. (See Exhibit "B").

7. On December 9, 2020, counsel for the Defendants provided Plaintiffs with their experts reports from William Greenberg, M.D. and Stephen Durham. (See Exhibit "C").

8. On December 14, 2020, counsel for the Defendants provided Plaintiffs with their experts reports from Michael Shahnasarian, Ph.D. (See Exhibit "D").

9. To date, Plaintiffs' counsel is still waiting on the Defendants' expert reports from Robert L. Hernandez, CPA, Mark Herbst, M.D., and John Shim, M.D.

10. The parties have 13 experts to depose prior to the January 4, 2021 deadline. Plaintiff has six (6) experts and Defendants have seven (7) experts.

11. Plaintiffs' counsel has been working diligently to schedule the depositions of the Defendants' experts; however, we have been unable to secure deposition dates prior to the discovery deadline.

12. Counsel for both parties have been working together and attempting to set these depositions but the availability of witnesses around the holidays has added another level of difficulty in scheduling.

13. Pursuant to Local Rule 3.01(g), undersigned has conferred with opposing counsel, Brad Kandzer, Esquire, and he is in agreement with extending the discovery deadline as to expert depositions only beyond January 4, 2021.

## Memorandum of Law

Federal Rule of Civil Procedure 16(b)(4) permits a scheduling order to be modified for good cause and with the judge's consent. Rule 6(b) also allows the Court to extend deadlines for good cause if the request is made before the original time expires. Here, the Plaintiffs' have shown good cause for the extension of the discovery deadline as to expert depositions

only and has been diligent in abiding by this Court's deadlines. Furthermore, this request is being made prior to the original time for the discovery deadline.

Wherefore, the Plaintiffs' pray for entry of an Order granting this Motion to Extend the discovery deadline as to expert depositions only beyond January 4, 2021.

Date: December 14, 2020          Respectfully submitted by:

*MF*

Maryann Furman, RN, Esq.
Florida Bar No.: 0026535
The Nurse Lawyer P.A.
201 Alt 19 S
Palm Harbor, FL 34683
Phone:(727) 807-6182
Fax:(727) 848-6182
Service Email:
service@thenurselawyer.com

**Certificate of Service**

I hereby certify that on December 14, 2020, a true and correct copy of the above and foregoing has been electronically filed with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Brad Kandzer, Esquire, Butler Weihmuller

Katz Craig, L.L.P., 400 N Ashley Drive, Suite 2300, Tampa, FL 33602, bkandzer@butler.legal; William Linero, Jr., Esquire, Butler Weihmuller Katz Craig, L.L.P., 400 N Ashley Drive, Suite 2300, Tampa, FL 33602, wlinero@butler.legal; lpino@butler.legal; elicata@butler.legal.

*/s/ Maryann Furman*

Maryann Furman, RN, Esq.